UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THREET,                                                  No. 14-13345

v.                                                               District Judge Bernard A. Friedman
                                                                 Magistrate Judge R. Steven Whalen

D. PHILLIPS, ET AL.,

        Defendants.
_____/

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Plaintiff, a *pro se* litigant in this civil rights action brought under 42 U.S.C. §1983, has filed a motion for appointment of counsel [Docket #19].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. A motion for summary judgment is pending [Doc. #21]. At this stage of the proceedings, Plaintiffs' request for counsel is premature.

Accordingly, Plaintiffs' Motion to Appoint Counsel [Docket #19] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: November 14, 2014

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 14, 2014, electronically and/or by U.S. mail.

s/Marlena Williams
Case Manager