UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THREET,                         No. 14-13345

v.                                      District Judge Bernard A. Friedman
                                        Magistrate Judge R. Steven Whalen

D. PHILLIPS, ET AL.,

      Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**

Currently before the Court is Defendants' Motion to Stay Discovery [Doc. #36], filed by Michigan Department of Correction Defendants David Phillips, James Richardson, Wesley Jackson, James Miller, Dawn Jacobson, Erick Vandenberg, John Hurst, Lester Parish, Kenneth Ryan and Noah Bruner, filed May 21, 2015.

On April 27, 2015, Plaintiff filed an amended complaint, [Doc. #30] in response to which Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b) on May 5, 2015. *Docket #33*.

It is ORDERED that Defendants' motion to stay discovery [Doc. #36] pending determination of the motion to dismiss [Doc. 33] is GRANTED.

IT IS SO ORDERED.

                                            s/ R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 29, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen
