UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THREET,                                No. 14-13345

v.                                             District Judge Bernard A. Friedman
                                               Magistrate Judge R. Steven Whalen

D. PHILLIPS, ET AL.,

      Defendants.
_____/

**ORDER**

Plaintiff is a *pro se* Michigan Department of Corrections ("MDOC") prison inmate who has filed a civil complaint pursuant to 42 U.S.C. §1983. Plaintiff is housed at the Saginaw Correctional Facility. Currently before the Court is Defendants' August 18, 2016 *Motion to Take Plaintiff's Deposition* [Docket #73] under Fed. R. Civ. P. 30(a)(2).

Fed. R. Civ. P. 30(a)(2), provides that a party must obtain permission of the court if the person to be deposed is confined in prison. Plaintiff is currently incarcerated, requiring Defendants to be granted leave by this Court to take his deposition. In Plaintiff's response [Docket #81], he concurs with the request for his deposition.

Defendants, through their counsel, are hereby granted leave to conduct a deposition of Plaintiff, No. 259136 at the Saginaw Correctional Facility or any other MDOC facility at which he might be housed. The deposition may be taken in person or by video conference if the means to do so are available at the facility where Plaintiff is housed. Fed. R. Civ. P. 30(b)(4).

**IT IS HEREBY ORDERED** that Defendants' motion [Docket #73] is **GRANTED**,

                                                s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 20, 2016, electronically and/or by U.S. mail.

                                                s/Carolyn M. Ciesla
                                                Case Manager to the
                                                Honorable R. Steven Whalen